| | |
|---|---|
| 1 | **BRADLEY/GROMBACHER, LLP** |
| 2 | Marcus J. Bradley, Esq. (SBN 174156) |
|   | Kiley L. Grombacher, Esq. (SBN 245960) |
| 3 | 31365 Oak Crest, Suite 240 |
| 4 | Westlake Village, California 91361 |
|   | Telephone: (805) 270-7100 |
| 5 | Facsimile: (805) 270-7589 |
| 6 | E-Mail: mbradley@bradleygrombacher.com |
|   |        kgrombacher@bradleygrombacher.com |
| 7 | |
| 8 | Attorneys for Plaintiff, KAYCEE HUAG |

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYCEE HUAG, an individual, on her own behalf and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GO WITH THE FLOW, INC., a Delaware limited liability company; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:18-cv-02810-MWF-JEM <br><br> **ORDER GRANTING STIPULATED DISMISSAL** <br><br><br> Complaint Filed: December 18, 2017 <br> Removal Date: April 5, 2018 <br> Trial Date: March 3, 2020 |

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that this action is hereby dismissed in its entirety.

**IT IS SO ORDERED.**

DATED: February 25, 2020

_____
Hon. Michael W. Fitzgerald
United States District Judge